United States District Court
Eastern District of Washington

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 0 3 2024
SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Leland Owens
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

World Wrestling Entertainmen
_____
Ultimate Fighting Championship
_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

1:24-cv-03134-TOR

Case No. _____
(To be filled out by Clerk's Office only)

**COMPLAINT**

Jury Demand?
☐ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of 8

## I. PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

| Plaintiff: | **Owens, Leland H** | | |
|---|---|---|---|
| | Name (Last, First, MI) | | |
| | 408 Skow Street | | |
| | Street Address | | |
| | Wapato | WA | 98951 |
| | County, City | State | Zip Code |
| | 509-759-9799 | | |
| | Telephone Number | | |

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

| Defendant 1: | **World Wrestling Entertainment** | | |
|---|---|---|---|
| | Name (Last, First) | | |
| | 1241 E Main Street | | |
| | Street Address | | |
| | Stamford | CT | 06902 |
| | County, City | State | Zip Code |
| Defendant 2: | **Ultimate Fighting Championship** | | |
| | Name (Last, First) | | |
| | 6650 S Torrey Pines DR | | |
| | Street Address | | |
| | Las Vegas | NV | 89118 |
| | County, City | State | Zip Code |

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

County, City          State          Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

County, City          State          Zip Code

## II.   BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

- ☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.
- ☒ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.
- ☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

The events happened here, The verbal agreement between me and the World Wrestling Entertainment. In the Yakima Lower Valley.

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: 408 Skow Street

Date(s) of occurrence: August 6, 2013

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

I gave the WWE ideas and never got paid. I also told Daniel Bryan (at the time what i was going to do with my earning with said ideas and the World Wrestling Entertainmenttried to get in front of it because Vince thinks of this as competition. We have a verbal agreement in which was was supposed to talk about at the time i receive my payment for my ideas.

Daniel Bryan

Sasha Banks

I believe Vince Mcmahon

> Was anyone else involved?

World Wrestling Entertainment sent Daniel and Sasha (Now known as Mercedes Mone with AEW) to send me a check of 100,000 as Hush Money for a comment maid by Vince's aughter Stephanie about my Daughter's name "Marley" in which i truned down. Then is when i told Daniel and Mercedes about my ideas i've submitted through Instagram to Stephanie's Husband Paul Levesque. I also gave Ideas too upfront to Daniel and Mercedes. Some of which I stated I was gong to use with my Company P!E, Such as "Stomping Grounds" I was going to use for my Cage Match. Among Other Ideas.

Who did what?

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Mental Stress, Such as Anxiety, Anger & Sadness due to them already starting TKO in which every idea he had for TKO is what i had for P!E

## VI. RELIEF

The relief I want the court to order is:

- ☐ Money damages in the amount of: $ _____
- ☑ Other (explain):

    I just want what is Fair and Accurate with all my ideas In which i Am also requesting a printout of all my ideas and a Cease and Desist for all things TKO, As well as All my Ideas pulled completely.

## VII. CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| 8/27/24 | *Leland Owens* |
|---|---|
| Dated | Plaintiff's Signature |

owens, Leland H
___
Printed Name (Last, First, MI)

| 408 Skow Street | Wapato | WA | 98951 |
|---|---|---|---|
| Address | City | State | Zip Code |

09-759-9799
___
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*