Leland Owens
P.O. Box 254
Wapato, Wa
98951

Clerks Office
P O Box 1493
Spokane, WA
99210

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 03 2024
SPOKANE, WA